IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>Carmelo Coto and Elizabeth Coto v. Eli Lilly and Company, et al.,<br><br>Civil Action No. 1:15-cv-08584 | |

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Carmelo Coto and Elizabeth Coto ("Plaintiffs"), and counsel for Defendants Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd., pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed without prejudice and without costs or attorneys' fees to any party. Plaintiffs' claims against the other defendants remain pending, and in full force and effect.

| | |
|---|---|
| /s/ Daniel C. Burke<br>Daniel C. Burke<br>Dae Yeol Lee<br>Bernstein Liebhard LLP<br>10 East 40th Street<br>New York, NY 10016<br><br>*Attorneys for Plaintiff* | /s/ David E. Stanley<br>David E. Stanley<br>**REED SMITH LLP**<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendants Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd.,* |

                                                                        */s/ Andrew K. Solow*
                                                                        Arnold & Porter Kaye Scholer LLP
                                                                        250 West 55th Street
                                                                        New York, New York 10019-9710

                                                                        *Attorneys for Defendants Endo Pharmaceuticals, Inc.*
                                                                        *Auxilium Pharmaceuticals,Inc. and GlaxoSmith Kline,*
                                                                        *LLC*

## **CERTIFICATE OF SERVICE**

I, David E. Stanley, hereby certify that on May 24, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<em>/s/ David E. Stanley</em>